# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Francisco Curbelo,

       Petitioner,                        JUDGMENT IN A CIVIL CASE

vs.                                        3:09cv107

United States of America,

       Respondent.

DECISION BY COURT. This action having come before the Court by Motion to Vacate and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/18/2009 Order.

Signed: March 18, 2009

Frank G. Johns, Clerk
United States District Court